E. R. MORRISON *et al.*, plaintiffs in error, *vs.* WALLIS WARREN, defendant in error.

When a debt is of *doubtful* solvency, the plaintiff is not required to pay tax on it under the provisions of the Act of 1870.

Relief Act of 1870. Before Judge HARVEY. Floyd Superior Court. May Term, 1871.

Warren obtained a judgment against Morrison *et al.*, on the 7th of July, 1863. In January, 1870, it was dormant, and he sought to revive it. It was submitted upon the following agreed facts : " An affidavit of payment of taxes has not been filed according to the statute of October 13th, 1870. The defendants are of doubtful solvency, and have always been so since the plaintiff has owned the claim. It is insisted that the Relief and Stay Laws of this State, passed since the war, aside from the insolvency of defendants, render the claim of doubtful solvency. The tax oath, and questions put to the tax-payer, only require him to return and pay taxes on his solvent claims. The plaintiff concedes that he has paid no tax, but contends, upon the above grounds, that no legal tax is due. The facts contained in the foregoing statement are admitted to be true." Counsel for defendants moved to dismiss the cause. The Court overruled the motion, and that is assigned as error.

J. W. H. UNDERWOOD, for plaintiff in error.

SMITH & BRANHAM, for defendants.

WARNER, Judge.

This was a *scire facias* to revive a judgment. It was admitted that the defendant was doubtful as to its solvency, and that no tax had been paid on it. The defendants counsel moved the Court dismiss the case, on the ground that the taxes had not been paid, which motion was overruled by the

Court, and the defendant excepted : *Held*, That there was no error in the judgment of the Court in overruling the motion to dismiss the case on the statement of facts contained in the record.

Judgment affirmed.